UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

David Lieberman
          Plaintiff,
v.                    Case No.: 1:19−cv−00910
                    Honorable Mary M. Rowland
Altounian Construction, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2020:

    MINUTE entry before the Honorable Mary M. Rowland: Parties' joint motion for approval of FLSA settlement agreements [79] is granted. The court has reviewed the agreements contained in the record at docket entry 79 exhibit 1−8 and finds that the settlements are "a fair and reasonable resolution of a bona fide dispute over [the application of the] FLSA['s] provisions," Lynn's Food Stores, Inc., 679 F.3d 1350, 1355 (11th Cir. 1982). The court considered the well−known factors: "(1) the complexity, expense, and likely duration of the litigation; (2) the reaction of the Plaintiffs to the settlement; (3) the stage of the proceeding and the amount of discovery completed; (4) the risks of establishing liability; (5) the risks of establishing damages; (6) the risks of maintaining the action through the trial; (7) the ability of the defendants to withstand a larger judgment; (8) the range of reasonableness of the settlement fund in light of the best possible recovery; and (9) the range of reasonableness of the settlement fund in light of all the risks of litigation." Butler v. American Cable & Telephone, LLC, No. 09 CV 5336, 2011 WL 4729789, at *9 n.9 (N.D. Ill. Oct. 6, 2011). The court finds that the settlements took into account the complexity of the issues, the expense of the pending litigation, the duration of the remaining litigation, and the possible outcomes. The court knows that the parties had exchanged discovery and negotiated at arms−length. The Court also appreciates the individual plaintiffs receive different amounts based on hours worked and time employed. Finally, the hourly rates being awarded to counsel are fair and reasonable. The settlements are approved. This case is dismissed without prejudice until August 17, 2020. On August 18, 2020 the dismissal converts to a dismissal with prejudice. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.